UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
FEB 17 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-cr- |
| ) | |
| ANTHONY MICHAEL BENTLEY, ) | 1:21-cr-0050 SEB-DLP |
| ) | |
| Defendant. ) | |

## INDICTMENT

The United States Attorney charges that:

### GENERAL ALLEGATIONS FOR ALL COUNTS

At times material to these charges:

1. The term "minor" was defined as any person under the age of eighteen years. 18 U.S.C. § 2256(1).

2. The term "sexually explicit conduct" was defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256(2)(A)(i-v).

3. The term "visual depiction" was defined to include the undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

1

4. The term "child pornography" was defined as any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.  18 U.S.C. § 2256(8).

5. The term "computer" was defined as an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device. 18 U.S.C. § 1030(e)(1).

6. Child 1 is the pseudonym of a 12-year-old minor child, who resided in Bloomington, Indiana.

7. Child 2 is the pseudonym of a 17-year-old minor child, who resided in Terre Haute, Indiana.

8. Individual 1 is the pseudonym of an adult male, who resided in Las Vegas, Nevada.

9. Facebook Messenger was a messaging application and platform.

10. In or about 2014, BENTLEY created Facebook profiles in the name of Individual 1 and Individual 1's girlfriend.

11. From the creation of those Facebook accounts through April 2020, BENTLEY used those Facebook profiles to meet and engage in sexually explicit conduct over Facebook Messenger with many individuals, including Child 1 and Child 2.

12. BENTLEY directed and inducted Child 1 and Child 2 to send him images and videos over Facebook Messenger of the children engaging in sexually explicit conduct, including those actions described in Counts 1 through 29 below.

13. The internet was a facility of interstate or foreign commerce. Additionally, communications and data transfers through Facebook Messenger were in or affecting interstate or foreign commerce.

## COUNTS 1-17

### 18 U.S.C. § 2251(a) and (e)
### (Sexual Exploitation of a Minor, Child 1)

14. Between on or about August 17, 2018 and on or about August 22, 2018, as alleged in each separate Count below, and within the Southern District of Indiana and elsewhere,

**ANTHONY MICHAEL BENTLEY,**

the Defendant herein, did use, persuade, induce, entice, and coerce Child 1, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempted to do so, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed or in or affecting interstate or foreign commerce or mailed, to include the following files

that Child 1 sent to ANTHONY MICHAEL BENTLEY over the Internet via Facebook Messenger:

| COUNT | DATE (on or about) | FILE |
|---|---|---|
| 1 | August 17, 2018 | image-679611735741166 (679611735741166) |
| 2 | August 17, 2018 | video-1534537100.mp4 (725558214459198) |
| 3 | August 17, 2018 | video-1534541900.mp4 (256732308288141) |
| 4 | August 17, 2018 | video-1534542229.mp4 (322433771634271) |
| 5 | August 17, 2018 | video-1534544730.mp4 (295659661197701) |
| 6 | August 18, 2018 | video-1534558989.mp4 (466602000484179) |
| 7 | August 18, 2018 | video-1534559016.mp4 (2135043133419324) |
| 8 | August 18, 2018 | video-1534560890.mp4 (504738599972694) |
| 9 | August 18, 2018 | video-1534561773.mp4 (949965265189140) |
| 10 | August 18, 2018 | video-1534561939.mp4 (16563797478238870) |
| 11 | August 18, 2018 | video-1534562624.mp4 (231585704171366) |
| 12 | August 18, 2018 | video-1534562648.mp4 (2095144867186717) |
| 13 | August 18, 2018 | video-1534562672.mp4 (2174982749449659) |
| 14 | August 18, 2018 | video-1534562822.mp4 (1886613878100648) |
| 15 | August 18, 2018 | video-1534562846.mp4 (1893578974270816) |
| 16 | August 20, 2018 | video-1534731979.mp4 (270673220208184) |
| 17 | August 22, 2018 | video-1534903842.mp4 (2109948179223387) |

Each Count of which is a separate violation of Title 18, United States Code, Section 2251(a) and (e).

4

## COUNTS 18-19

### 18 U.S.C. § 2251(a) and (e)
### (Sexual Exploitation of a Minor, Child 2)

15. Between on or about March 6, 2018 and on or about April 16, 2018, as alleged in each separate Count below, and within the Southern District of Indiana and elsewhere,

**ANTHONY MICHAEL BENTLEY,**

the Defendant herein, did use, persuade, induce, entice, and coerce Child 2, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempted to do so, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed or in or affecting interstate or foreign commerce or mailed, to include the following files that Child 2 sent to ANTHONY MICHAEL BENTLEY over the Internet via Facebook Messenger:

| COUNT | DATE (on or about) | FILE |
|---|---|---|
| 18 | March 6, 2018 | video-1520380034.mp4 (1193708384097269) |
| 19 | March 12, 2018 | video-1520818591.mp4 (1197356687065772) |

Each Count of which is a separate violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNTS 20-28

## 18 U.S.C. § 2252A(a)(2)(A)
## (Receipt of Child Pornography)

16. Between on or about March 6, 2018 and on or about August 22, 2018, as alleged in each separate Count below, and within the Southern District of Indiana and elsewhere,

**ANTHONY MICHAEL BENTLEY,**

the Defendant herein, knowingly received child pornography using any means or facility of interstate or foreign commerce, or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, to include the files that Child 1 and Child 2 sent to ANTHONY MICHAEL BENTLEY over the Internet via Facebook Messenger on the following dates:

| COUNT | DATE (on or about) | Victim | FILE |
|---|---|---|---|
| 20 | August 17, 2018 | Child 1 | image–679611735741166 (679611735741166)<br>video-1534537100.mp4 (725558214459198)<br>video-1534541900.mp4 (256732308288141)<br>video-1534542229.mp4 (322433771634271)<br>video-1534544730.mp4 (295659661197701) |
| 21 | August 18, 2018 | Child 1 | video-1534558989.mp4 (466602000484179)<br>video-1534559016.mp4 (2135043133419324)<br>video-1534560890.mp4 (504738599972694)<br>video-1534561773 (949965265189140)<br>video-1534561939 (1656379747823870)<br>video-1534562624 (231585704171366)<br>video-1534562648 (2095144867186717)<br>video-1534562672 (2174982749449659)<br>video-1534562822 (1886613878100648)<br>video-1534562846 (1893578974270816) |
| 22 | August 20, 2018 | Child 1 | video-1534731979 (270673220208184) |
| 23 | August 22, 2018 | Child 1 | video-1534903842 (2109948179223387) |
| 24 | March 6, 2018 | Child 2 | image-1193147800819994 (1193147800819994)<br>image- 1193147804153327 (1193147804153327)<br>video-1520377478.mp4 (1193692274098880)<br>video-1520380034.mp4 (1193708384097269) |
| 25 | March 12, 2018 | Child 2 | video-1520818591.mp4 (1197356687065772) |
| 26 | March 28, 2018 | Child 2 | image-1208736172594490 (1208736172594490) |

6

|    |                |         |                                          |
|----|----------------|---------|------------------------------------------|
|    |                |         | image-1208736195927821 (1208736195927821) |
| 27 | April 3, 2018  | Child 2 | image-1212490768885697 (1212490768885697) |
| 28 | April 16, 2018 | Child 2 | image-1221236908011083 (1221236908011083) |
|    |                |         | image-1221236921344415 (1221236921344415) |

Each Count of which is a separate violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 29

### 18 U.S.C. § 2252A(a)(5)(B)
### (Possession of Child Pornography)

17. On or about December 20, 2018, within the Southern District of Indiana and elsewhere,

**ANTHONY MICHAEL BENTLEY**,

the Defendant herein, did knowingly possess any material that contains an image of child pornography that had been mailed, or had been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which were produced using materials which had been mailed or shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, those being, images and videos of Child 1 and Child 2 stored on Facebook Messenger, including the files described in Counts 20 through 28.

All of which is a violation of Title 18, United States Code, Section 2252A(a)(5)(B).

7

## COUNT 30

## 18 U.S.C. § 1001
## (False Statements)

18. On or about March 7, 2020, within the Southern District of Indiana and elsewhere,

**ANTHONY MICHAEL BENTLEY,**

the Defendant herein, knowingly and willfully made materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the Federal Bureau of Investigation (FBI), that is, during an interview by Special Agents of the FBI pertaining to the investigation of the use of the CHRIS JONES' Facebook Account to commit the offenses described in Counts 1 through 30 above:

    a. ANTHONY MICHAEL BENTLEY represented to the FBI, during the execution of a search warrant at his residence on March 7, 2020, that he did not have any knowledge of the "Chris Jones" Facebook account, and that he no longer possessed his previous cellular telephone because it broke and he threw it away when, in fact, such cellular telephone was located locked in a safe that same day in ANTHONY MICHAEL BENTLEY's residence and which contained evidence of the CHRIS JONES' Facebook account.

All of which is a violation of Title 18, United States Code, Section 1001.

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the Defendant that it will seek forfeiture of property pursuant to Title 18, United States Code, Section 2253.

2. The allegations contained in Counts 1 through 30 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

3. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 2251 or 2252A, as set forth in Counts 1 through 37 of this Indictment, the Defendant, **ANTHONY MICHAEL BENTLEY,** shall forfeit to the United States of America:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

**Samsung SM-G950U Galaxy S8, IMEI 358330083049022**

9

7. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

8. In keeping with the foregoing, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of all forfeitable property as described above.

JOHN E. CHILDRESS  
Acting United States Attorney

By: _____  
MaryAnn T. Mindrum  
Assistant United States Attorney