UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

FEB 1 7 2021

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
      *Plaintiff,* )
v. ) Cause No.
ANTHONY MICHAEL BENTLEY, ) 1:21-cr-0050 SEB-DLP
      *Defendant.* )

### PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-19 | 18 U.S.C. § 2251(a) and (e) Sexual Exploitation of a Minor | 15-30 | $250,000 | 5-Life |
| 20-28 | 18 U.S.C. § 2252A(a)(2)(A) Receipt of Child Pornography | 5-20 | $250,000 | 5-Life |
| 29 | 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography | 0-20 | $250,000 | 5-Life |
| 30 | 18 U.S.C. § 1001 False Statements | 0-10 | $250,000 | NMT 3 years |

Dated: _____    _____
                                      ANTHONY MICHAEL BENTLEY
                                      Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana