UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>　vs.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>ANTHONY MICHAEL BENTLEY, )<br>　　　　　　Defendant. ) | Cause No. 1:21-cr-50-SEB-DLP |

Entry for February 19, 2021

Before the Hon. Van T. Willis, Magistrate Judge

　　This matter is before the Court on an Initial Appearance on an Indictment filed February 17, 2021. The government appears by AUSA MaryAnn Mindrum via video conference. The defendant appears via video conference from Floyd County Jail. Retained counsel Scott Cox also appears via video conference.  U.S. Probation Office represented by Shallon Watson.  Defendant consents on the record to holding the proceedings via video conference.

　　The defendant is advised of his rights, the charges and possible penalties. Defendant waives formal arraignment.  Mr. Cox advises the Court his appearance is limited to today's hearing only and requests that CJA counsel be appointed for the defendant.  Defendant to submit a financial affidavit which will be approved by the Court. CJA counsel will be appointed for the defendant.

　　Counsel for the Government and Defense Counsel agree to meet and confer as to any disclosure items owed by either party to the other within two weeks.  The Government is not seeking detention of this defendant.  The parties have reached an agreement on terms of pretrial release which the Court approves.  Defendant ordered released pursuant to the terms and conditions outlined in the Order Setting Conditions of Release entered by the Court on today's date.

　　Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce

such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

All electronically registered counsel via CM/ECF

U.S. Probation