AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Michael Bentley<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.

1:21-cr-0050 SEB-DLP

**FILED**

**10:19 am, Feb 22, 2021**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Anthony Michael Bentley                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Counts 1-19: Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a) and (e).
   Counts 20-28: Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).
   Count 29: Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).
   Count 30: False Statements, in violation of 18 U.S.C. § 1001.

Date:   2/18/2021

*CLERK OF COURT, Roger A.G. Sharpe*

BY: _____
*Deputy Clerk*

City and state:     Indianapolis, IN

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 2/18/2021 , and the person was arrested on *(date)* 2/19/2021 at *(city and state)* New Albany, IN. | | |

Date:   2/19/2021

_____
*Arresting officer's signature*

Paul J Meyer          SA / FBI
_____
*Printed name and title*