UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.  1: 21-cr-00050-SEB-DLP |
| | ) | |
| ANTHONY MICHAEL BENTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO CONTINUE JURY TRIAL

Defendant, Anthony Michael Bentley, by counsel, Andrew J. Borland, respectfully requests this Court to continue the Jury Trial currently scheduled in this cause.  The Defendant states the following in support thereof:

1.      This case is set for a Jury Trial on August 23, 2021.

2.      Defendant is out of custody.

3.      Additional time is needed to prepare for the trial due to voluminous discovery materials.

4.      Counsel has notified AUSA Maryann Mindrum regarding this motion. There are no objections.

5.      Undersigned counsel has discussed with Anthony Michael Bentley his right to a speedy trial and Anthony Michael Bentley waives any objection to a delay in these proceedings caused by this continuance for the reason that he believes the ends of justice served by granting this continuance outweigh the best interest that he and the public would otherwise have in a speedy trial, and that the period of delay resulting from this continuance to pursue a negotiated resolution or to adequately prepare for trial should

be excluded in computing the time within which the trial must commence.  18 U.S.C

§3161(c)(2) and 18 U.S.C. §3161(h)(8)(B)(iv).

WHEREFORE, Defendant, Anthony Michael Bentley, by counsel, Andrew J.

Borland, respectfully requests that this Court continue the Jury Trial currently scheduled

in this cause, and for all other relief just and proper in the premises.

Respectfully submitted,

By: _s/ Andrew J. Borland_ ____
     Andrew J. Borland
     Attorney at Law

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021 a copy of the foregoing motion was filed

electronically. Service of this filing was sent to all parties by operation of the Court's

electronic filing system.

By:__s/ Andrew J. Borland__

Andrew J. Borland
Attorney at Law
320 North Meridian Street
Suite 506
Indianapolis, IN  46204
Telephone: (317) 920-9720
Facsimile: (317) 870-1506