UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.  1: 21-cr-00050-SEB-DLP |
| | ) |
| ANTHONY MICHAEL BENTLEY, | ) |
| | ) |
| Defendant. | ) |

ORDER

**THE COURT** having examined said Motion and being duly advised in the premises FINDS that the same is well taken and GRANTS the same accordingly.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Jury Trial currently set for November 29, 2021 be and hereby is set for the _____ day of _____, 20___ at _____ o'clock ___.m.

Additionally, the Court finds that pursuant to 18 U.S.C. §3161(h)(7)(A) the ends of justice served by granting this continuance outweigh the best interest that the Defendant and the public would otherwise have in a speedy trial because the Defendant reasonably requires more time to review the discovery and explore the possibility of negotiated resolutions prior to trial.  The Court also finds, 18 U.S.C. §3161(h)(8)(B)(iv), that the failure to grant the continuance requested would unreasonably deny the Defendant reasonable time to effectively prepare for trial if plea negotiations prove unsuccessful.  Accordingly, the period of delay from the date of this Order through and including _____, 2021 shall be excluded in computing the time within which the trial of this action must commence.

**SO ORDERED** this _____ day of _____, 2021.

                                                                      _____
                                                                      JUDGE, U.S. District Court
                                                                      Southern District of Indiana

Copies to:

Andrew J. Borland
Attorney at Law

AUSA Maryann Mindrum