UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1: 21-cr-00050-SEB-DLP ) |
| ANTHONY MICHAEL BENTLEY, | ) ) |
| Defendant. | ) |

## ORDER

**DEFENSE COUNSEL,** having filed a **Motion to Withdraw Appearance,** and **THE COURT** having examined said Motion and being duly advised in the premises FINDS that the same is well taken and GRANTS the same accordingly.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Andrew J. Borland be and hereby is withdrawn as counsel for Defendant in the above cause.

**SO ORDERED**.

Date: 9/19/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Andrew J. Borland
Attorney at Law

AUSA