UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:21-cr-0050-SEB-DLP |
| ANTHONY MICHAEL BENTLEY, | ) ) ) | - 01 |
| Defendant. | ) ) | |

**ORDER APPOINTING CJA COUNSEL**

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18. U.S.C. 3006A).

The Court hereby appoints **Finis Tatum, IV** as counsel to represent the Defendant for all proceedings in this matter. Such appointment shall be deemed effective as of **September 14, 2022.**

IT IS SO ORDERED this 20th day of September, 2022.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of record