UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) ) ) |
| vs. | ) ) Case No. 1:21-cr-0050-SEB-DLP |
| ANTHONY MICHAEL BENTLEY, | ) ) ) |
| *Defendant*. | ) |

**ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION TO CONTINUE JURY TRIAL**

This matter is before the Court on Defendant's Unopposed Motion to Continue the Jury Trial presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED for the reasons set forth in Defendant's Motion.

The delay shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The interests of justice are best served by the delay so that both the accused and the government can receive a fair trial, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.

**IT IS THEREFORE ORDERED** that the jury trial presently set for October 24, 2022, at 9:30 a.m. shall now commence on _____ at _____ _.m.

Distribution to all registered counsel via electronic notification.