UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 1:21-cr-00050-SEB-TAB |
| ) | |
| ANTHONY MICHAEL BENTLEY, ) | |
| ) | |
| *Defendant*. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

The Defendant, Anthony Michael Bentley ("Bentley"), by counsel, Finis Tatum IV, respectfully moves the Court to continue the trial date, and in support states the following:

1. The jury trial date in this cause is presently scheduled for February 6, 2023, at 9:30 a.m. [Dkt. 35].

2. The undersigned was appointed to represent Mr. Bentley in this matter on September 14, 2022.

3. The parties are in the process of conducting discovery, and additional time is needed to properly prepare for trial or adequately explore the possibility of resolution by plea agreement. Accordingly, Mr. Bentley requests a continuance of the above-referenced jury trial date.

4. Assistant U.S. Attorney MaryAnn Mindrum has advised the undersigned counsel that she has no objection to the continuance sought herein.

5. The ends of justice served by the continuance sought herein outweigh the best interests of the public and Mr. Bentley' right to a speedy trial. Thus, the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. § 3161 *et seq*.

WHEREFORE, the Defendant, Anthony Michael Bentley, by counsel, requests that the present the trial date of February 6, 2023, at 9:30 a.m. be continued, and that this case be reset for trial at such other time as the Court's calendar will permit.

Respectfully submitted,

*/s/ Finis Tatum IV*
Finis Tatum IV
**HOOVER HULL TURNER LLP**
111 Monument Circle, Suite 4400
Post Office Box 44989
Indianapolis, Indiana 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
ftatum@hooverhullturner.com
*Attorney for Anthony Michael Bentley*

1238618_1