UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 1:21-cr-00050-SEB-TAB |
| ) | |
| ANTHONY MICHAEL BENTLEY, ) | |
| ) | |
| *Defendant*. ) | |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

This matter is before the Court on the Unopposed Motion to Continue Trial Date filed herein by the Defendant, Anthony Michael Bentley, by counsel, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED for the reasons set forth in Defendant's Motion.

The delay shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The interests of justice are best served by the delay so that both the accused and the government can receive a fair trial, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.

**IT IS THEREFORE ORDERED** that the trial date presently set for February 6, 2023, at 9:30 a.m. shall now commence on _____ at _____ _.m.