21-UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cr-00050-SEB-TAB |
| ANTHONY MICHAEL BENTLEY, | ) ) | -01 |
| Defendant. | ) ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for April 12, 2024**

On this date, Defendant appeared in person, together with appointed counsel Finis Tatum, IV and the Government appeared by AUSA MaryAnn Mindrum and AUSA Adam Eakman along with investigative agent, Russell Warlick, for a sentencing hearing. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

  Incarceration:  180 months on Counts 1 & 2 to run concurrently; 24 months on Count 5 to run consecutively; for a total of 204 months
  Supervised Release: 15 years on Counts 1 & 2; 3 years on Count 5; all to run concurrently for a total of 15 years
  Fine:  $500.00
  Restitution:  $10,000.00
  Special Assessment: $500.00.

- The Defendant was advised of his right to appeal.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Adam Eakman
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
adam.eakman@usdoj.gov

MaryAnn Totino Mindrum
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
maryann.mindrum@usdoj.gov

Finis Tatum, IV
Hoover Hull Turner LLP
ftatum@hooverhullturner.com